United States District Court
Eastern District of Michigan
Southern Division

United States of America,

Plaintiff,

v.

Justin Miller,

Defendant.
_____/

Case: **2:25-cr-20921**
Assigned To : **Drain, Gershwin A.**
Referral Judge: **Grand, David R.**
Assign. Date : **12/16/2025**
Description: **IND USA v. MILLER (MC)**

Violations:
18 U.S.C. §§ 2251(a); (e)
18 U.S.C. § 2422(b)
18 U.S.C. § 2252A(a)(5)(B)

## Indictment

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. §§ 2251(a) and (e)
*Sexual Exploitation of Children*

From on or about May 1, 2025 to on or about September 10, 2025, in the Eastern District of Michigan, the defendant, Justin Miller, knowingly employed, used, persuaded, induced, enticed and coerced, minors, specifically, MV-1 and MV-2, who were both under 18 years of age, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct; knowing and

having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce; using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO
### 18 U.S.C. § 2422(b)
*Coercion and Enticement of a Minor*

From on or about May 1, 2025 to on or about September 10, 2025, in the Eastern District of Michigan, the defendant, Justin Miller, using any facility and means of interstate and foreign commerce, knowingly persuaded, induced, enticed and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, to include the production of child pornography described in 18 U.S.C. § 2256(8) and child sexually abusive activity or material, in violation of M.C.L. § 750.154c, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
## 18 U.S.C. § 2252A(a)(5)(B)
### *Possession of Child Pornography*

From on or about May 1, 2023 to on or about September 10, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Justin Miller, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8), which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in affecting foreign commerce; and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2. If convicted of an offense charged and set forth above, Justin Miller, shall forfeit to the United States:

   a. any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book,

       magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    **Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has

been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON


JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
Douglas C. Salzenstein
Chief, Homeland Security Unit
Assistant United States Attorney

*s/ Erin L. Ramamurthy*
ERIN L. RAMAMURTHY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226- 9788
Erin.Ramamurthy@usdoj.gov

Dated: December 16, 2025

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:25-cr-20921<br>Assigned To : **Drain, Gershwin A.**<br>Referral Judge: **Grand, David R.**<br>Assign. Date : **12/16/2025**<br>Description: **IND USA v. MILLER (MC)** |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | AUSA's Initials: ELR |

Case Title: USA v. Justin Miller

County where offense occurred : Wayne

Check One:   ☒ Felony      ☐ Misdemeanor      ☐ Petty

____Indictment/____Information — no prior complaint.
✓ Indictment/____Information — based upon prior complaint [Case number: 25-mj-30571 ]
____Indictment/____Information — based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 16, 2025
Date

*Erin L. Ramamurthy* (signature)
Erin L. Ramamurthy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9788
Fax:
E-Mail address: Erin.Ramamurthy@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16